## LAVALLE v. BADGLY.

*Justice of the Peace:* JUDGMENT. Judgment in an action of replevin before a justice of the peace in the following form: After examination of witnesses and allegations of plaintiff and defendant, it was considered to render to plaintiff peaceable possession of one black

steer, value $35, and one yearling steer of the value of $10, together with $5 damages for wrongfully detaining said steers, and costs taxed at $5.50. *Held*, that this judgment was sufficient.

*Appeal from the Chickasaw Circuit Court.*

WEDNESDAY, DECEMBER 22.

THIS was an appeal from the court of a justice of the peace to the circuit court. The appeal was dismissed on motion of the appellee. The defendant appeals to this court. The facts are stated in the opinion.

*J. H. Powers* for the appellant.

No appearance for the appellee.

DAY, Ch. J. — The plaintiff commenced an action of replevin before M. Burns, justice of the peace. The justice's docket contains the following entry :

"After examination of witnesses and allegations of the plaintiff and defendant, it was considered to render to plaintiff, Mary Lavalle, peaceable possession of one black muley steer, value $35, and one yearling steer of the value of $10, together with $5 damages for wrongfully detaining said steers from the plaintiff, and costs taxed against the defendant at $5.50.

"MICHAEL BURNS, J. P."

Upon appeal of the defendant to the circuit court a motion of plaintiff, to dismiss the appeal upon the ground that "no judgment was rendered by the justice," was sustained. This ruling is the only act complained of. It was clearly erroneous.

Judgments no more formal and explicit than this have heretofore been sustained by this court. See *Stowers* v. *Milledge et al.*, 1 Iowa, 150 ; *Taylor, Shipton & Co.* v. *Runyan & Brown*, 3 id. 474; *Barrett* v. *Garragan*, 16 id. 47.

Reversed.